MINUTE ENTRY
FELDMAN, J.
AUGUST 15, 2018
JS10:  00:21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-029 |
| KALIQUE HARDIN | SECTION "F" |

### RE-ARRAIGNMENT

Courtroom Deputy:    Cherie Stouder
Court Reporter:          Toni Tusa

APPEARANCES:    Michael McMahon, Asst. U. S. Attorney
Jerome Weldon Matthews, Jr., Counsel for Defendant
Kalique Hardin, Defendant

Case called; all present and ready.
Defendant sworn and questioned by the Court.
Defendant withdraws former plea of Not Guilty and enters a plea of Guilty as to Counts 1, 2 and 5 of the Indictment.
Reading of the Indictment waived by the defendant.
Defendant informed of maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant informed of rights to trial by jury or by the court and waives same.
Counsel for defendant questioned by the Court.
Deft waives the reading of the factual basis.
Government submits the factual basis to the court and same is filed.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty as to Counts 1, 2 and 5 of the Indictment.
Pre-sentence investigation ORDERED.
Sentencing is set for **WEDNESDAY, NOVEMBER 14, 2018, at 1:30 P.M.**
The defendant was ordered remanded to the custody of the U.S. Marshal.
Court adjourned.

IT IS ORDERED that the pretrial conference and trial dates are CANCELED as to Kalique Hardin.